| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marcia L. Mullin, Esq. Bar#182115<br>44421 N. 10th Street West, Suite G<br>Lancaster, Ca 93534<br>(661) 948-0440<br>(661) 948-4277 FAX<br><br>*Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: David John Hilke | CHAPTER 13 |
|---|---|
| | CASE NUMBER 2:11-bk-26698-SK |
| | DATE: 7/14/11 |
| | TIME: 8:30 AM |
| Debtor. | COURTROOM: 1575, 15th Floor |

## NOTICE OF MOTION FOR:

NOTICE OF DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

*(Specify name of Motion)*

1. TO: The Honorable Sandra Klein, U.S. Bankruptcy Court Judge, the U. S. Trustee, Kathy Dockery, Chap. 13 Trustee

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: 7/14/11 | Time: 8:30 AM | Courtroom: 1575 | Floor: 15 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 6/6/11

Law Offices of Marcia L. Mullin
*Law Firm Name*

By: *Marcia L. Mullin*

Name: Marcia L. Mullin
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        **F 9013-1.1**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 44421 N. 10th Street West, Suite G, Lancaster, CA 93534

A true and correct copy of the foregoing document described as NOTICE OF DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/23/2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

u.s.Trustee
ustpregion16.la.ecf@usdoj.gov

Chapter 13 Trustee, Kathy Dockery
efiling@ch13LA.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/23/2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcia L. Mullin, Attorney
44421 N. 10th Street West, Suite G
Lancaster, CA 93534

Chambers of the Honorable Sandra Klein
Edward R. Roybal Federal Building & Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

David J Hilke
3204 East Avenue H-10
Lancaster, CA 93535

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/23/11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                              F 9013-3.1.PROOF.SERVICE

transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/23/2011 | Amanda Carmody | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                     F 9013-3.1.PROOF.SERVICE

## II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):
(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| GMAC Mortgage<br>6716 Grade Lane<br>Bldg 9, Suite 910<br>Louisville, KY 40213<br>Attn: David Applegate, CEO/President | ☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: specify | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7011 0110 0001 7400 5079<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |
| **Name of 1st Lien Holder- Agent for Service of Process**<br>C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7011 0110 0001 7400 5086<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |
| **Name of 1st Lien Holder – Servicing Agent** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ US Mail<br>☐ Certified mail –<br>Tracking #_____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |
| **Name of 2nd Lien Holder & Address**<br>GMAC Mortgage<br>6716 Grade Lane<br>Bldg 9, Suite 910<br>Louisville, KY 40213<br>Attn: David Applegate, CEO/President | ☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: specify | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7011 0110 0001 7400 5079<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |
| **Name of 2nd Lien Holder- Agent for Service of Process**<br>C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7011 0110 0001 7400 5086<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |
| **Name of 2nd Lien Holder – Servicing Agent** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ US Mail<br>☐ Certified mail –<br>Tracking #_____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name:_____ |

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
|---|---|---|
| Name of 3rd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
| Name of 3rd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |

| Alternative/Additional Address<br>GMAC Lost Litigation<br>P.O. Box 780<br>Waterloo, IA 50702 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: specify<br>Credit Report | Delivery Method<br>☐ US Mail<br>☒ Certified mail –<br>Tracking #7011 0110 0001 7400 5093<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |
|---|---|---|
| Alternative/Additional Address | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking #_____<br>Carrier Name: _____ |