```
MARCIA L. MULLIN (STATE BAR NO. 182115)
44421 10th Street West, SUITE F
Lancaster, CA 93534
(661)948-0440
FAX (661) 948-4277

Attorney For Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | |
| David John Hilke, | ) Case No.: 2:11-bk-26698SK |
| | ) Chapter 13 |
| Plaintiff, | ) |
| | ) Declaration Re: Amended Proof of Service |
| vs. | ) and Proof of Amount Owed to GMAC on the |
| | ) 1st and 2nd Trust Deeds on Motion to Avoid |
| GMAC Mortgage, | ) Junior Lien |
| | ) Date: September 8, 2011 |
| Defendant | ) Time: 8:30 A.M. |
| | ) Place: Courtroom 1575, 255 East Temple |
| | Street, Los Angeles, CA |

DECLARATION RE: AMENDED PROOF OF SERVICE AND PROOF OF AMOUNT OWED TO GMAC MORTGAGE ON 1ST AND 2ND TRUST DEED ON MOTION TO AVOID JUNIOR LIEN

TO: THE HONORABLE SANDRA KLEIN, United States Bankruptcy Judge, United States Trustee, Kathy Dockery, Chapter 13 Trustee and all interested creditors;

I, Marcia L, Mullin, Attorney for Debtors, do declare as follows:

1. The Amended Motion and Notice of Motion was served on August 12, 2011 on the addresses listed on the web site for the Secretary of State for the State of California. See Exhibit A attached hereto.

2. Exhibits A & B showing the correct amounts of money owed was also served on August 12, 2011. The information was acquired from the site of GMAC Mortgage as shown on the Internet. See Exhibit B attached hereto.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability to know and understand the facts.

Dated this August 12, 2011

*Marcia L. Mullin*
Marcia L. Mullin
Attorney for Debtors

# *Amended* PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
44421 N. 10th Street West, Suite G, Lancaster, CA  93534

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8-12-11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.la.ecf@usdoj.gov          mullinlaw@verizon.net   Marcia L. Mullin, Attorney

Chapter 13 Trustee, Kathy Dockery
efiling@ch13LA.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8-12-11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

David J Hilke                                  Chambers of the Honorable Sandra Klein
3204 East Avenue H-10                          Edward R Roybal Federal Building & Courthouse
Lancaster, CA  93535                           255 E Temple St, Suite 1582, Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8-12-11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08-12-11            Amanda Carmody            /s/ Amanda Carmody
Date                Type Name                  Signature

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| GMAC Mortgage<br>6716 Grade Lane<br>Bldg. 9, Suite 910<br>Louisville, KY 40213<br>Attn: Mr. David Applegate, CEO/President | ☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8283<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **Name of 1st Lien Holder- Agent for Service of Process**<br>Corporation Service Company dba<br>Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Suite 100<br>Sacramento, CA 95833 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8276<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **Name of 1st Lien Holder – Servicing Agent** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| Name of 2nd Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| GMAC Mortgage Corporation<br>6716 Grade Lane<br>Bldg 9, Suite 910<br>Louisville, Ky 40213<br>Attn: David Applegate, CEO & President | ☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8283<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **Name of 2nd Lien Holder- Agent for Service of Process**<br>Corporation Service Company<br>Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, Ca 95833 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8276<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **Name of 2nd Lien Holder – Servicing Agent** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
|---|---|---|
| Name of 3rd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Name of 3rd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Alternative/Additional Address<br>GMAC Lost Litigation<br>P.O. Box 780<br>Waterloo, IA 50702 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br>Credit Report | Delivery Method<br>☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8790<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Alternative/Additional Address<br>GMAC Mortgage USA Corp<br>8400 Normandale Lake Blvd., Suite 350<br>MC:01-01-0<br>Bloomington, MN 55437 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified mail –<br>Tracking # 7010 2780 0003 0768 8306<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010    Page 6    F 4003-2.4.MOTION

# GMAC Mortgage

## 3204 EAST AVENUE H10

LANCASTER, CA 93535
30 year ARM Loan — 1st
Next Payment: $1,123.36 Due as of: 08/01/11
I want to...
Select One ...
Account Number:
0594595605
Current Balances:
Principal:
$274,264.14
Escrow:
$45.82
(does not reflect payoff)

Year-To-Date:
Interest:
$3,687.49
Taxes:
$1,129.38
Interest Rate:
2.000%
Original Loan Amount:
$342,400
Original Loan Date:
01/23/2007
Original Maturity Date:
08/50
The Ally Raise Your Rate 2-Year CD: if rates go up, yours can too. Get a great rate plus have the option of a 1-time rate increase if current rates go up. Learn more.

■ Hide loan details

## 3204 EAST AVENUE H10

LANCASTER, CA 93535
HELOC — 2nd
Next Payment: $490.73 Due as of: 08/20/09
I want to...
Select One ...
Account Number:
8254725891
Current Balances:
Principal:
$85,600.00
Escrow:
$0.00
(does not reflect payoff)

Year-To-Date:
Interest:
$0.00
Taxes:
$0.00
Interest Rate:
6.750%

**EXHIBIT  A**

Original Loan Amount:
$85,600
Original Loan Date:
01/12/2007
Original Maturity Date:
01/2022
The Ally Raise Your Rate 2-Year CD: if rates go up, yours can too. Get a great rate plus have the option of a 1-time rate increase if current rates go up. Learn more.

🗉 Show loan details

## Help for Homeowners

Find out if you qualify to refinance, modify your loan or get other home loan assistance.

get help now



Straightforward.

We've built
a better bank.

MEMBER FDIC    LEARN MORE ▸

© Copyright 2011 GMAC Mortgage, LLC. All rights reserved. GMAC is a registered service mark.

# **GMAC Mortgage**

## 3204 EAST AVENUE H10

LANCASTER, CA 93535
30 year ARM Loan
Next Payment: $1,123.36 Due as of: 08/01/11
I want to...
Select One ...
Account Number:
0594595605
Current Balances:
Principal:
$274,264.14
Escrow:
$45.82
(does not reflect payoff)

Year-To-Date:
Interest:
$3,687.49
Taxes:
$1,129.38
Interest Rate:
2.000%
Original Loan Amount:
$342,400
Original Loan Date:
01/23/2007
Original Maturity Date:
08/50
The Ally Raise Your Rate 2-Year CD: if rates go up, yours can too. Get a great rate plus have the option of a 1-time rate increase if current rates go up. Learn more.

▣ Hide loan details

## 3204 EAST AVENUE H10

LANCASTER, CA 93535
HELOC
Next Payment: $490.73 Due as of: 08/20/09
I want to...
Select One ...
Account Number:
8254725891
Current Balances:
Principal:
$85,600.00
Escrow:
$0.00
(does not reflect payoff)

Year-To-Date:
Interest:
$0.00
Taxes:
$0.00
Interest Rate:
6.750%
Original Loan Amount:
$85,600
Original Loan Date:
01/12/2007

**EXHIBIT B**