**ROUTH CRABTREE OLSEN, P.S.**
EDWARD WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE #251869
KRISTIN S. WEBB, ESQUIRE #258476
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-382-6438
Facsimile 714-277-4899
Email kwebb@rcolegal.com

File No.: 7314.38412
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>David John Hilke dba Central Service Heating & Air<br><br><br>Debtor(s). | Bk. No. 2:11-bk-26698-SK<br>Judge Sandra R. Klien<br>**Chapter 13**<br><br>*STIPULATION MODIFYING THE AUTOMATIC STAY AND VACATING PRIOR ORDER TERMINATING THE AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: July 11, 2012<br>Time: 8:30 AM<br>Place: U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The undersigned Creditor, GMAC Mortgage, LLC., its agents, assignees and/or successors in interest ("Movant" hereinafter), through its counsel Kristin S. Webb of Routh Crabtree Olsen, P.S., and the above-named Debtor, through his counsel, Marcia Mullen, hereby

STIPULATION MODIFYING THE AUTOMATIC STAY

1

stipulate as follows:

That the automatic stay of §362(a) shall remain in effect as to the Debtor and the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 362(d)(1) in regards to subject property generally known as **3204 East Avenue H10, Lancaster, CA 93535.**

The stay is modified or conditioned as set forth below:.

1. ☐ The Debtor tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor must make regular monthly payments in the amount of $1,134.30 commencing July 1, 2012. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder must be paid to Movant at the following address:

   | GMAC Mortgage, LLC |
   | Attn: Payment Processing |
   | 3451 Hammond Avenue |
   | Waterloo, IA 50702 |

3. ☐ The Debtor must cure the post-petition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____.

   b. ☐ By paying the sum of $_____ on or before _____.

   c. ☐ By paying the sum of $_____ on or before _____.

   d. ☐ By paying the sum of $_____ on or before _____.

   ☒ Other (*specify*): Movant may amend its Proof of Claim to include attorney fees in the amount of $626.00.

4. ☒ The Debtor must maintain insurance coverage on the property and must remain current on all taxes that fall due post-petition with regard to the property.

5. ☐ The Debtor must file a Disclosure Statement and Plan on or before (*specify date*): _____

   The Disclosure Statement must be approved on or before (*specify date*): _____
   The Plan must be confirmed on or before (*specify date*): _____

6. ☒ Upon any default in the foregoing terms and conditions, Movant must serve written notice of default to Debtor and Debtor's attorney, if any. If Debtor fails to cure the default within 14 days after service of such written notice, plus 3 additional days if served by mail:

   a. ☐ The stay automatically terminates without further notice, hearing or order.

STIPULATION MODIFYING THE AUTOMATIC STAY

b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs.

d. ☐ The Movant may move for relief from the stay on regular notice.

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of <u>three (3)</u> notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Movant may proceed to enforce its remedies under applicable nonbankruptcy law against the Property and/or against the Debtor.

9. ☒ If Movant obtains relief from stay based on Debtor's defaults hereunder, the order granting such relief will contain a waiver of the 14-day stay as provided in FRBP 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

11. ☒ Other (*specify*): **At the hearing on 7/11/2012, the Motion for Relief was granted, and an order terminating the stay was entered 8/7/2012. The parties request that the order be vacated and that an order approving this stipulation be entered in its place.**

APPROVED AS TO FORM AND CONTENT:

8/16/12
Date

Marcia Mullen, Attorney for Debtor

8/16/12
Date

Kristin S. Webb, Attorney for Movant
for
Jonathan J. Damen, **Esq.**

SBN 251864

STIPULATION MODIFYING THE AUTOMATIC STAY

3

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Stipulation Modifying the Automatic Stay** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows

DEBTOR:
David John Hilke
3204 East Avenue H-10
Lancaster, CA 93535

ATTORNEY FOR DEBTORS:
Marcia L Mullin
mullinlaw@verizon.net

CHAPTER 13 TRUSTEE:
Kathy A. Dockery
kdockery@ch13la.com

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on August 17, 2012 at Santa Ana, California.

By: /s/ Darryl Hernandez

STIPULATION MODIFYING THE AUTOMATIC STAY

5